IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHELTER MUTUAL INSURANCE COMPANY**                                 **PLAINTIFF**

v.                              **CASE NO. 4:21-CV-00988-BSM**

**SCOTTY DALE DOUTHIT, III**                                              **DEFENDANT**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 10], this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE